**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

TEDDY TORRES COLON,

                Plaintiff,

v.                                      Case No:  6:15-cv-733-Orl-40KRS

KISSIMMEE B-LOGISTIC SERVICE,
INC., JAVIER AYALA and SOUTH
EAST EMPLOYEE LEASING
SERVICES, INC.,

                Defendants.

_____/

## <u>ORDER</u>

This cause is before the Court on the Joint Stipulation of Dismissal with Prejudice as to South East Employee Leasing Services, Inc. ("SEELS") (Doc. 42) filed on November 30, 3015 and the Renewed Joint Motion...for Approval of Settlement (Doc. 60) filed on May 10, 2016. The United States Magistrate Judge has submitted a report recommending that the motion be granted as to the request to dismiss Colon's claims against SEELS and granted in part as to the Renewed Joint Motion…for Approval of Settlement.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.     The Report and Recommendation filed May 16, 2016 (Doc. 61), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.      The Joint Stipulation of Dismissal with Prejudice as to South East Employee Leasing Services, Inc. is construed as a motion and is **GRANTED**.

3.      The Renewed Joint Motion...for Approval of Settlement (Doc. 60) is **GRANTED in part**.

4.      The Court **FINDS** that the parties' settlement agreement (Doc. 60-1) is a fair and reasonable resolution of a bona fide dispute under the FLSA.

5.      The case is **DISMISSED with prejudice**.

6.      The Court **DECLINES** to retain jurisdiction over this matter to enforce the settlement agreement.

7.      The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on June 3, 2016.

_____
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties